**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**
**COEUR D'ALENE DIVISION**

| In Re: | Case No. 22-20099 |
|---|---|
| NILGES, JEFFREY<br>NILGES, KATHERINE<br><br>Debtor(s) | CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS |

Bankruptcy Trustee: J. FORD ELSAESSER    Date of 341(a) Meeting 05/19/2022
Location of Meeting: CDA, ID    Date Case Filed: 04/22/2022
Debtor's Attorney: SAFA MICHAEL RIADH    Hour: 10:00 AM

( ✓ ) Attorney Present  (  ) Attorney Not Present  (  ) Pro-Se    Alternate Attorney (if any):

Recording Track No. 11

**(X) Debtor(s) Present; Sworn & Examined and Discharge Information Given to Debtor(s)**
**(  ) Debtor(s) Not Present; 341(a) Meeting Continued to Date:_____ Hour:_____ Reason:_____**

Debtor(s) Provided Photo I.D. and Social Security Documentation as Noted Below:
**Identity Verification:** ( ✓ ) Driver's License  (  ) U.S. Passport
                                        (  ) State Picture ID  (  ) Legal Resident Alien Card
**Social Security No. Verification:** ( ✓ ) SS Card  (  ) Pay Stub
                                        (  ) W2  (  ) Other _____
**Debtor Identification /SSN Issues:**
(  ) No Photo ID                                    (  ) ID does not match Petition
(  ) No Proof of SSN                              (  ) Debtor to file amended Petition

**Creditors Appearing:** (  ) Yes  ( ✓ ) No

**Action Items:**
(  )  Debtor(s) Change of Address:
(  )  Dismiss for Failure of Debtor(s) to Appear
(  )  Unscheduled Assets Identified
(  )  Do Not Dismiss [state reason & proposed remedy]

**General Comments:**
(X)   Schedules & Statement complete:
(X)   Statement of Income and Expenditures Filed
(X)   Credit Counsel Certificate Filed
(X)   Bank accounts or statement:
(X)   Tax returns, transcripts or statement
(X)   Payment advice or statement
(X)   Debtor(s) informed of failure to cooperate with Trustee or US Trustee or submit required reports constitute grounds for dismissal

/s/ Ford Elsaesser
FORD ELSAESSER, TRUSTEE