VALIANT LAW
Safa Michael Riadh
Attorney at Law
safa@lawyercda.com
Idaho State Bar No. 10368
924 Sherman Avenue
Coeur d'Alene ID 83814
(208) 667-5437; (208) 664-2114 Fax

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No.: 22-20099 |
| JEFFREY NILGES, | |
| KATHERINE NILGES, | Chapter: 7 |
| Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

COME NOW the debtors, JEFFREY NILGES and KATHERINE NILGES, by and through their attorney, Safa Michael Riadh, of the firm VALIANT LAW, and hereby notify the Court and parties in interest of the following change of the addresses:

| **OLD ADDRESS**: | **NEW ADDRESS**: |
|---|---|
| Jeffrey Nilges | Jeffrey Nilges |
| Katherine Nilges | Katherine Nilges |
| 121 Leeanne Ln | 1445 Woodmont Ln NW # 4900 |
| Hayden, ID 83835 | Atlanta, GA 30318 |

DATED this 6th day of July, 2022.

VALIANT LAW

*/s/ Safa Michael Riadh*
Safa Michael Riadh
Attorney for Debtors

NOTICE OF CHANGE OF ADDRESS- 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

J Ford Elsaesser feecf@eaidaho.com

US Trustee ustp.region18.bs.ecf@usdoj.gov

*/s/ Safa Michael Riadh*
Safa Michael Riadh

NOTICE OF CHANGE OF ADDRESS- 2