# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−2 | User: admin | Date Created: 7/19/2022 |
| Case: 22−20099−JMM | Form ID: 318 | Total: 40 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee          ustp.region18.bs.ecf@usdoj.gov
tr      J Ford Elsaesser    feecf@eaidaho.com
aty     J Ford Elsaesser    feecf@eaidaho.com
aty     Safa Michael Riadh  safa@lawyercda.com
```
                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Jeffrey Nilges          1445 Woodmont Ln NW # 4900      Atlanta, GA 30318
jdb         Katherine Nilges        1445 Woodmont Ln NW # 4900      Atlanta, GA 30318
cr          PRA Receivables Management, LLC    PO Box 41021     Norfolk, VA 23541
cr          Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP    4515 N Santa Fe Ave.
            Dept. APS       Oklahoma City, OK 73118
5248074     Alltran Financial, Lp       P.o. Box 722929     Houston, TX 77272
5248075     American Express        Po Box 981537       El Paso, TX 79998
5248076     Apple Card / Gs Bank Usa        Lockbox 6112 P.o. Box 7247      Philadelphia, PA 19170
5248077     Bank Of America         Po Box 982238       El Paso, TX 79998
5248078     Barclays Bank Delaware      Po Box      Wilmington, DE 19899
5248079     Capital One         Po Box 31293        Salt Lake City, UT 84131
5248080     Capital One Auto Finance        Po Box 60511        City Of Industry, CA 91716
5248840     Capital One Auto Finance, a division of     AIS Portfolio Services, LP      4515 N Santa Fe Ave. Dept.
            APS     Oklahoma City, OK 73118
5248841     Capital One Auto Finance, a division of     AIS Portfolio Services, LP      4515 N Santa Fe Ave. Dept.
            APS     Oklahoma City, OK 73118
5248081     Citi Cards / Citibank       Po Box 6241     Sioux Falls, SD 57117
5248082     Coeur Obstetrics And Gynecology, Pllc       980 W Ironwood Dr       Suite 201       Coeur D Alene, ID
            83814
5248083     Credit One Bank         Po Box 98875        Las Vegas, NV 89193
5248084     Discover Bank       Po Box 30939        Salt Lake City, UT 84130
5248085     First Mark Services         Po Box 2977     Omaha, NE 68103
5248086     Goldman Sachs And Co        Po Box 70321        Philadelphia, PA 19176
5248072     Idaho State Tax Commission      Bankruptcy Dept     POB 36      Boise, ID 83722−0410
5248073     Internal Revenue Service        P.O. Box 7346       Philadelphia, PA 19101−7346
5248087     Jp Morgan Chase         Po Box 15369        Wilmington, DE 19850
5248088     Jpmcb Card      Po Box 15369        Wilmington, DE 19850
5248089     Kohls / Capital One         Po Box 3115     Milwaukee, WI 53201
5248090     Lending Club Corp       71 Stevenson St     Ste 300     San Francisco, CA 94105
5248091     Macy's / Dsnb       Po Box 6789     Sioux Falls, SD 57117
5248092     Merrick Bank Corp       Po Box 9201     Old Bethpage, NY 11804
5248209     PRA Receivables Management, LLC     PO Box 41021        Norfolk, VA 23541
5248093     Premier Bkcrd / First Premier       601 S Minnesota Ave     Sioux Falls, SD 57104
5248094     Radius Global Solutions Llc     Po Box 357      Ramsey, NJ 07446
5248095     Syncb/Amer Eagle        Po Box 965005       Orlando, FL 32896
5248096     Syncb/Ppc       Po Box 530975       Orlando, FL 32896
5248097     Synchrony Bank / Amazon     Po Box 965015       Orlando, FL 32896
5248098     Td Bank Usa/Targetcredit        Po Box 673      Minneapolis, MN 55440
5248099     Wells Fargo Bank, National Association      464 California Street       San Francisco, CA 94120
5248100     Wells Fargo Card Services       Po Box 14517        Des Moines, IA 50306
```
                                                                    TOTAL: 36