| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffrey Nilges**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9865**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Katherine Nilges**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0425**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Idaho** | | |
| Case number:   **22–20099–JMM** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey Nilges                              Katherine Nilges
                                            fka Katherine Bacon

<u>7/19/22</u>                                **By the court:**  <u>Joseph M Meier</u>
                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In re: | Case No. 22-20099-JMM |
| Jeffrey Nilges | Chapter 7 |
| Katherine Nilges | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Nilges, Katherine Nilges, 1445 Woodmont Ln NW # 4900, Atlanta, GA 30318-2866 |
| 5248078 | | Barclays Bank Delaware, Po Box, Wilmington, DE 19899 |
| 5248082 | + | Coeur Obstetrics And Gynecology, Pllc, 980 W Ironwood Dr, Suite 201, Coeur D Alene, ID 83814-2668 |
| 5248085 | + | First Mark Services, Po Box 2977, Omaha, NE 68103-2977 |
| 5248086 | + | Goldman Sachs And Co, Po Box 70321, Philadelphia, PA 19176-0321 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 20 2022 03:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5248074 | + | EDI: URSI.COM | Jul 20 2022 03:13:00 | Alltran Financial, Lp, P.o. Box 722929, Houston, TX 77272-2929 |
| 5248075 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 23:10:41 | American Express, Po Box 981537, El Paso, TX 79998-1537 |
| 5248076 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 19 2022 23:12:00 | Apple Card / Gs Bank Usa, Lockbox 6112 P.o. Box 7247, Philadelphia, PA 19170-0001 |
| 5248077 | + | EDI: BANKAMER.COM | Jul 20 2022 03:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5248079 | + | EDI: CAPITALONE.COM | Jul 20 2022 03:13:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5248080 | + | EDI: CAPONEAUTO.COM | Jul 20 2022 03:13:00 | Capital One Auto Finance, Po Box 60511, City Of Industry, CA 91716-0511 |
| 5248840 | + | EDI: AISACG.COM | Jul 20 2022 03:13:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5248081 | + | EDI: CITICORP.COM | Jul 20 2022 03:13:00 | Citi Cards / Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5248083 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2022 23:10:44 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5248084 | + | EDI: DISCOVER.COM | Jul 20 2022 03:13:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5248072 | | Email/Text: bankruptcynotices@tax.idaho.gov | Jul 19 2022 23:12:00 | Idaho State Tax Commission, Bankruptcy Dept, POB 36, Boise, ID 83722-0410 |
| 5248073 | | EDI: IRS.COM | Jul 20 2022 03:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5248087 | | EDI: JPMORGANCHASE | Jul 20 2022 03:13:00 | Jp Morgan Chase, Po Box 15369, Wilmington, DE |

Case 22-20099-JMM  Doc 23  Filed 07/21/22  Entered 07/21/22 22:21:06  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0976-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5248088 | | EDI: JPMORGANCHASE | Jul 20 2022 03:13:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5248089 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 19 2022 23:12:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5248090 | + | Email/Text: bk@lendingclub.com | Jul 19 2022 23:12:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5248091 | + | EDI: CITICORP.COM | Jul 20 2022 03:13:00 | Macy's / Dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 5248092 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 19 2022 23:10:44 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5248209 | + | EDI: RECOVERYCORP.COM | Jul 20 2022 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5248093 | + | EDI: AMINFOFP.COM | Jul 20 2022 03:13:00 | Premier Bkcrd / First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5248094 | + | Email/Text: ngisupport@radiusgs.com | Jul 19 2022 23:12:00 | Radius Global Solutions Llc, Po Box 357, Ramsey, NJ 07446-0357 |
| 5248095 | + | EDI: RMSC.COM | Jul 20 2022 03:13:00 | Syncb/Amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 5248096 | + | EDI: RMSC.COM | Jul 20 2022 03:13:00 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 5248097 | + | EDI: RMSC.COM | Jul 20 2022 03:13:00 | Synchrony Bank / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5248098 | + | EDI: WTRRNBANK.COM | Jul 20 2022 03:13:00 | Td Bank Usa/Targetcredit, Po Box 673, Minneapolis, MN 55440-0673 |
| 5248099 | + | EDI: WFFC.COM | Jul 20 2022 03:13:00 | Wells Fargo Bank, National Association, 464 California Street, San Francisco, CA 94104-1227 |
| 5248100 | + | EDI: WFHOME | Jul 20 2022 03:13:00 | Wells Fargo Card Services, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5248841 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022  Signature:  /s/Gustava Winters

| District/off: 0976-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 318 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J Ford Elsaesser | feecf@eaidaho.com ID15@ecfcbis.com |
| J Ford Elsaesser | on behalf of Trustee J Ford Elsaesser feecf@eaidaho.com ID15@ecfcbis.com |
| Safa Michael Riadh | on behalf of Debtor Jeffrey Nilges safa@lawyercda.com erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com |
| Safa Michael Riadh | on behalf of Joint Debtor Katherine Nilges safa@lawyercda.com erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 5