**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | |
| Jeffrey Nilges<br>1445 Woodmont Ln NW # 4900<br>Atlanta, GA 30318 | Case Number: 22−20099−JMM<br><br>Chapter Number: 7 |
| Social Security No.: xxx−xx−9865<br>Employer's Tax I.D. No.: | |
| Debtor | |
| Katherine Nilges<br>fka Katherine Bacon<br>1445 Woodmont Ln NW # 4900<br>Atlanta, GA 30318 | |
| Social Security No.: xxx−xx−0425<br>Employer's Tax I.D. No.: | |
| Joint Debtor | |

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING CASE**

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the case is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334−1300.

Dated: 7/19/22

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

In re:  
Jeffrey Nilges  
Katherine Nilges  
    Debtors

Case No. 22-20099-JMM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0976-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 19, 2022      Form ID: oclose7      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey Nilges, Katherine Nilges, 1445 Woodmont Ln NW # 4900, Atlanta, GA 30318-2866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J Ford Elsaesser | feecf@eaidaho.com ID15@ecfcbis.com |
| J Ford Elsaesser | on behalf of Trustee J Ford Elsaesser feecf@eaidaho.com ID15@ecfcbis.com |
| Safa Michael Riadh | on behalf of Debtor Jeffrey Nilges safa@lawyercda.com erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com |
| Safa Michael Riadh | on behalf of Joint Debtor Katherine Nilges safa@lawyercda.com erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

District/off: 0976-2          User: admin          Page 2 of 2

Date Rcvd: Jul 19, 2022          Form ID: oclose7          Total Noticed: 1

TOTAL: 5